[This opinion has been published in *Ohio Official Reports* at 81 Ohio St.3d 1222.]

COONS, APPELLANT, *v.* BROWNLEE, D.B.A. RESTORATION

SPECIALTIES COMPANY, APPELLEE.

[Cite as *Coons v. Brownlee*, 1998-Ohio-652.]

*Appeal dismissed as improvidently allowed.*

(No. 96-2803—Submitted December 9, 1997—Decided February 11, 1998.)

APPEAL from the Court of Appeals for Logan County, No. 8-95-21.

————————————

*Rankin M. Gibson*, for appellant.

*Heaton & Kellogg-Martin* and *Mark A. Losey*, for appellee.

————————————

{¶ 1} The appeal is dismissed, *sua sponte*, as having been improvidently allowed.

MOYER, C.J., RESNICK, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

DOUGLAS, J., dissents.

F.E. SWEENEY, J., dissents and would reverse the judgment of the court of appeals and reinstate the judgment of the trial court.

————————————